■ In the Matter of THOMAS GREEN JOHNSON, JR., for Admission to Practice as an Attorney. (From the State of Oklahoma.) In the Matter of ERNEST RUDOLPH CHARVAT, for Admission to Practice as an Attorney. (From the State of Ohio.) In the Matter of DAVID A. ROSENBERG, for Admission to Practice as an Attorney. (From the State of Maryland.) In the Matter of PHILIP B. CORDES, for Admission to Practice as an Attorney. (From the State of Georgia.) In the Matter of THOMAS GANNON FITZGERALD, for Admission to Practice as an Attorney. (From the State of Illinois.) In the Matter of WILLIAM GARRISON MOORE, for Admission to Practice as an Attorney. (From

the District of Columbia.) — The several applications by the above-named attorneys from other States, for admission to the Bar of the State of New York, are granted. Beldock, P. J., Ughetta, Christ, Brennan and Hill, JJ., concur.